# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-3044

———————

United States of America,           \*
                                        \*

             Appellee,           \*
                                          \*

        v.                     \*    Appeal from the United States
                                        \*    District Court for the

Frank Robinson,             \*    Western District of Missouri
                                        \*

             Appellant.        \*    [UNPUBLISHED]

———————

Submitted: May 13, 2005
Filed: July 15, 2005

———————

Before MELLOY, McMILLIAN, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

     Frank Robinson appeals the 84-month prison sentence the district court imposed after he pleaded guilty to being a felon in possession of a firearm. Robinson preserved at sentencing the question of the constitutionality of the federal Sentencing Guidelines after <u>Blakely v. Washington</u>, 124 S. Ct. 2531 (2004). For purposes of our analysis we assume that this case does not raise a Sixth Amendment issue, and we thus review for harmless error. <u>See</u> <u>United States v. Booker</u>, 125 S. Ct. 738, 769 (2005). It is clear from the sentencing transcript that the district court made a conscious decision to sentence Robinson at the bottom of the Guidelines range, commenting that it felt even this sentence was too harsh. Given this record, we are

left with "grave doubt" that the error of sentencing Robinson under a mandatory Guidelines scheme was harmless.  See United States v. Haidley, 400 F.3d 642, 645 (8th Cir. 2005).  Accordingly, we remand for resentencing.

_____